```
1  PHILLIP A. TALBERT
   United States Attorney
2  OWEN ROTH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7
```

**FILED**

FEB 21 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE SEARCH OF: | CASE NO. 2:17-SW-0141 AC |
|---|---|
| INFORMATION ASSOCIATED WITH (916) 365-9660 THAT IS STORED AT PREMISES CONTROLLED BY TEXTPLUS, INC. | [PROPOSED] ORDER RE: REQUEST TO SEAL DOCUMENTS |
| | **UNDER SEAL** |

### SEALING ORDER

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the search warrant and search warrant affidavit underlying the search warrant in the above-entitled proceeding shall be filed under seal and shall not be disclosed to any person, unless otherwise ordered by this Court.

Dated:  2/21/17                                       _____
                                                      Hon. Allison Claire
                                                      U.S. MAGISTRATE JUDGE