PHILLIP A. TALBERT
United States Attorney
OWEN ROTH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**
SEP 20 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANTS CONCERNING:

JAMES SMALLWOOD and JOHN SMALLWOOD

2:17-CR-0041 TLN AC
2:17-SW-0156 AC
2:17-SW-0155 AC
2:17-SW-0141 AC
2:17-SW-0140 AC
2:17-SW-0139 AC
2:17-SW-0138 AC
2:17-SW-0137 AC
2:17-SW-0117 AC
2:17-SW-0010 KJN

[PROPOSED] ORDER TO UNSEAL COMPLAINTS, SUPPORTING AFFIDAVITS, AND WARRANTS

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, hereby ordered unsealed.

Dated: 9/19/17

_____
The Honorable Allison Claire
UNITED STATES MAGISTRATE JUDGE